DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| SANDRA NELSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LONG REEF CONDOMINIUM ) | Civil Action No. 2011-0051 |
| HOMEOWNERS ASSOCIATION, ) | |
| ) | |
| Defendant. ) | |
| _____) | |
| ) | |
| LONG REEF CONDOMINIUM ) | |
| HOMEOWNERS ASSOCIATION, ) | |
| ) | |
| Counter-Claimant, ) | |
| ) | |
| v. ) | |
| ) | |
| SANDRA NELSON, ) | |
| ) | |
| Counter-Defendant. ) | |
| _____) | |

**Attorneys:**
**Sunshine S. Benoit, Esq.,**
St. Croix, U.S.V.I.
    *For Plaintiff/Counter-Defendant*

**Douglas L. Capdeville, Esq.,**
**Melissa P. Ortiz, Esq.,**
**Ellen G. Donovan, Esq.,**
St. Croix, U.S.V.I.
    *For Defendant/Counter-Claimant*

## JUDGMENT

**UPON CONSIDERATION** of the evidence presented at the bench trial, the written submissions of the parties, and for the reasons stated in the accompanying Memorandum Opinion, filed contemporaneously herewith, it is hereby

**ORDERED** that Judgment is entered in favor of Plaintiff Sandra Nelson ("Plaintiff") on her reasonable accommodation claim, brought under the Fair Housing Act, 42 U.S.C. § 3604(f)(3)(B); and it is further

**ORDERED** that Plaintiff, as the prevailing party on her reasonable accommodation claim, is awarded $12,000 in actual damages; and it is further

**ORDERED** that Plaintiff, as the prevailing party on her reasonable accommodation claim, is awarded $45,000 in punitive damages; and it is further

**ORDERED** that Plaintiff, as the prevailing party on her reasonable accommodation claim, is awarded her reasonable attorney's fees and costs—in an amount to be determined upon proper application by Plaintiff; and it is further

**ORDERED** that Judgment is entered in favor of Defendant Long Reef Condominium Homeowners Association ("Defendant") on Plaintiff's disparate treatment claim, brought under the Fair Housing Act, 42 U.S.C. § 3604(f)(2); and it is further

**ORDERED** that Judgment is entered in favor of Defendant on Plaintiff's intentional infliction of emotional distress claim; and it is further

**ORDERED** that the relief requested by Counter-Claimant Long Reef Condominium Homeowners Association in its counterclaim for a declaratory judgment is **DENIED**; and it is further

**ORDERED** that Judgment is entered in favor of Counter-Defendant Sandra Nelson on the counterclaim; and it is further

**ORDERED** that Plaintiff shall be permitted to return to her condominium at Long Reef, 3016 Orange Grove, Christiansted, Virgin Islands 00820, with her dog, Pawla; and it is further

**ORDERED** that Defendant shall make any reasonable accommodations necessary for Plaintiff to return to her condominium at Long Reef with her dog, Pawla; and it is further

**ORDERED** that Defendant shall remove from Plaintiff's account at Long Reef all pet fines and any associated interest and attorney's fees; and it is further

**ORDERED** that Plaintiff shall have up to and including **August 19, 2016** within which to submit her petition for reasonable and appropriate attorney's fees and costs incurred in this matter; and it is further

**ORDERED** that Defendant shall have up to and including **September 2, 2016** within which to file a response to any petition for attorney's fees and costs submitted by Plaintiff; and it is further

**ORDERED** that Plaintiff shall have up to and including **September 16, 2016** within which to file a reply.

**SO ORDERED.**

Date: August 5, 2016 _____/s/_____
WILMA A. LEWIS
Chief Judge